# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 912 |
|---|---|---|
| | : | |
| APPOINTMENT TO JUDICIAL | : | SUPREME COURT RULES DOCKET |
| CONDUCT BOARD | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2022, the Honorable Susan P. Gantman (retired), Montgomery County, is hereby appointed as a member of the Judicial Conduct Board for a term of four years, commencing August 16, 2022.